UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

JANET HOYT,

                                                   CASE NO.: 9:17-cv-80493-KAM

    Plaintiff,

vs.

GRANDPA'S ATTIC, INC., d/b/a
PARADISE FURNITURE & ACCESSORIES,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JANET HOYT ("Plaintiff"), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal of this Action **with prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Defendant, GRANDPA'S ATTIC, INC., d/b/a PARADISE FURNITURE & ACCESSORIES ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2. This case shall be dismissed **with prejudice** with each party bearing her/their own attorneys' fees and costs.

                                            BY:   /s/ Jason S. Weiss
                                                        Jason S. Weiss
                                                        Jason@jswlawyer.com
                                                        Florida Bar No. 356890
                                                        **WEISS LAW GROUP, P.A.**
                                                        5531 N. University Drive, Suite 103
                                                        Coral Springs, FL 33067
                                                        Tel: (954) 573-2800
                                                        Fax: (954) 573-2798
                                                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of May, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                              BY:   /s/ Jason S. Weiss
                                      Jason S. Weiss
                                      Jason@jswlawyer.com
                                      Florida Bar No. 356890