UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80493-CIV-MARRA

JANET HOYT,

    Plaintiff,

vs.

GRANDPA'S ATTIC, INC., d/b/a
PARADISE FURNITURE & ACCESSORIES,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice [DE 6].

**THE COURT** has considered the Notice, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that this Cause be, and the same is, hereby dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i). Each party shall bear her/its own attorneys' fees and costs. Any pending motions are denied as moot. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 14th day of August, 2017.

_____
KENNETH A. MARRA
United States District Judge